Order entered November 8 , 2012



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00530-CR

## SUGAR RAY FRANKLIN, Appellant

### V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-55114-T

## ORDER

The Court **REINSTATES** the appeal.

On October 29, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On October 31, 2012, we received appellant's brief, together with an extension motion. Therefore, we **VACATE** the October 29, 2012 order.

We **GRANT** the October 31, 2012 extension motion and **ORDER** appellant's brief filed as of the date of this order.

DAVID L. BRIDGES
JUSTICE